

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| In the Interest of I. D. Z., a Child, | § | No. 08-18-00202-CV |
| Appellant. | § | Appeal from the |
|  | § | 383rd District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2016DCM8659) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 7, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Marlene Gonzalez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 7, 2019.

IT IS SO ORDERED this 12th day of April, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.